# Synopsis

| | |
|---|---|
| **Name:** | RALPH SCURLOCK a/k/a "Ralph Melendez" |
| **Address:** (City & State Only) | Bronx, NY |
| **Year of Birth and Age:** | 1987 (34) |
| **Violations:** | Count 1: Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1), 924(a)(2), and Aiding and Abetting, 18 U.S.C. § 2. |
| **Penalties:** | Count 1: Imprisonment of not more than 10 years, fine not to exceed $250,000, or both. 18 U.S.C. § 924(a)(2).<br><br>This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Not more than 3 years. 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Three years, less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | ATF |
| **Detention Status:** | Arrested on federal warrant July 22, 2021 (S.D.N.Y.) |
| **Foreign National:** | N/A |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Bronx, NY |
| **AUSA:** | Lizotte |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100.00 per count - 18 U.S.C. § 3013(a)(1)(A)(ii) |