UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>RALPH SCURLOCK, a/k/a   )<br>"Ralph Melendez"   ) | Docket No. 1:21-mj-00 |

## MOTION FOR DETENTION

The United States hereby moves for pretrial detention of the Defendant, Ralph Scurlock a/k/a "Ralph Melendez," pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because it involves:

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence (18 U.S.C. § 3142(f)(1)(A))

    ___ Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

    ___ 10+ year drug offense (18 U.S.C. § 3142(f)(1)(C))

    ___ Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

    ✖ Felony involving a minor victim, *a firearm*, destructive device or dangerous weapon or failure to register as a sex offender (18 U.S.C. § 3142(f)(1)(E))

    ✖ Serious risk Defendant will flee (18 U.S.C. § 3142(f)(2)(A))

    ✖ Serious risk obstruction of justice (18 U.S.C. § 3142(f)(2)(B))

2. **Reasons for Detention.**

    i. *Temporary Detention.* The Government does not seek temporary detention under 18 U.S.C. § 3142(d).

    ii. ***Other than Temporary Detention.*** The court should detain the Defendant because there are no other conditions of release which will reasonably assure (check one or both):

     **✖** Defendant's appearance is required

     **✖** Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the Defendant under 18 U.S.C. § 3142(e), as the following here exists:

  **✖** Probable cause to believe the Defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, ***firearms***, terrorism, a minor victim, or conduct outside of the United States.

  ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Date of Detention Hearing.** The United States is prepared for a hearing on its motion at initial appearance. The United States reserves its ability to request a continuance of the detention hearing for a period of time not to exceed three (3) days, *see* 18 U.S.C. § 3142(f)(2), however, does not seek such a continuance at this time.

5. **Length of Detention Hearing.** The United States will require no more than thirty (30) minutes to present its case for detention.

Dated: July 22, 2021          Respectfully submitted,
   Bangor, Maine

               DONALD CLARK
               Acting United States Attorney

               **BY: /s/ ANDREW K. LIZOTTE**
               ANDREW K. LIZOTTE
               Assistant U.S. Attorney